**Diedre SCHIKORE, Respondent,**

v.

**Jeffrey SCHIKORE, Appellant.**

**No. ED 80729.**

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 17, 2002.

Howard A. Wittner, David Von Gontard, St. Louis, MO, for appellant.

Mary Ann Weems, Clayton, MO, for respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J., KATHIANNE KNAUP CRANE, J.

### ORDER

PER CURIAM.

Appellant, Diedre Schikore, appeals the judgment of the Circuit Court of St. Louis County denying her motion to continue. The trial court subsequently sustained respondent's motion to modify child support. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the trial court did not abuse its discretion. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).